IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

03 SEP 25 AM 9: 34

DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| JEREMIAH SCOTT, | ) |
| Petitioner, | ) |
| v. | ) CIVIL ACTION NO. 03-PT-0979-S |
| ALABAMA COURT OF CRIMINAL APPEALS and THE ATTORNEY GENERAL OF THE STATE OF ALABAMA, | ) |
| Respondents. | ) |

ENTERED
SEP 25 2003

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed without prejudice.

An appropriate order will be entered.

DONE, this 25 day of September, 2003.

ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE

11